# First District Court of Appeal
## State of Florida

_____

No. 1D18-2533
_____

Jimmy Alexis Buonomo,

   Appellant,

   v.

State of Florida,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

February 8, 2019

Per Curiam.

   Affirmed.

Wolf, Osterhaus, and Jay, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William Mallory Kent of Kent & McFarland, Jacksonville, for Appellant.

Ashley B. Moody, Attorney General, and Benjamin Hoffman, Assistant Attorney General, Tallahassee, for Appellee.